UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80589-CIV-MARRA/JOHNSON

MATILDE ATIZOL

    Plaintiff

vs.

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC, et al.

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** is before the Court upon Defendants' Motion to Consolidate Case with Case No. 08-60262 [DE 6]. No response was filed.[1] For good cause shown, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Consolidate Case with Case No. 08-60262 **[DE 6] is GRANTED**. Fed. R. Civ. P. 42(a). This case is consolidated with *Matilde Atizol v. American Express Travel Related Services Company, Inc., et al.,* Case No. 08-60262-Civ-Marra for all pre-trial matters, discovery, and dispositive

---

[1] Defendants' motion lacks the statement required by Local Rule 7.1.A.3 (certifying that they have either conferred with all parties in a good faith effort to resolve the issues raised in the motion, or have made reasonable efforts to confer, which efforts are to be identified with specificity). The parties are reminded that the Court expects them to comply with the Local Rules and failure to comply with the requirements of Local Rule 7.1.A.3 in the future may result in the imposition of sanctions as provided for in the Rule.

motions. The Court reserves jurisdiction to decide whether to consolidate the cases for purposes of trial at a later time.

2. All pleadings and papers in this case shall be filed in *Matilde Atizol v. American Express Travel Related Services Company, Inc., et al.,* Case No. 08-60262-Civ-Marra and shall henceforth bear Case No. 08-60262-Civ-MARRA/JOHNSON, as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60262-CIV-MARRA/JOHNSON

MATILDE ATIZOL

    Plaintiff

vs.

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC, et al.

    Defendant.

_____/

3. This case is **CLOSED** for administrative purposes.

4.  The Clerk shall place a copy of this Order in *Matilde Atizol v. American Express Travel Related Services Company, Inc., et al.*, Case No. 08-60262-Civ-Marra, thereby indicating that the cases have been consolidated.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of July, 2008.

KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record
Matilde Atizol, pro se
Magistrate Judge Linnea R. Johnson